UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Benjamin Wilcox			Case No.: 19-26209-EPK
SS#:    -7631				Chapter 13
Debtor(s).
_____/

### Debtor's Motion to Separately Classify Student Loan Payments

The Debtor, Benjamin Wilcox, by and through his undersigned attorneys, files this Motion to Separately Classify Student Loan Payments and states:

1. The Debtor filed the instant case on December 3, 2019.

2. The Debtor has a non-dischargeable student loan obligation owed to US Department of Education and/or Navient Solutions, LLC and/or FedLoan Servicing A/K/A Pennsylvania Higher Education Assistance Agency, Inc. ("Lender") listed on Schedule F in which the regular monthly payments are $50.00 per month.

3. A Proof of Claim has not been filed by Lender as of the date of filing this motion but the undersigned will file a Proof of Claim pursuant to FBRP Rule 3004 if one is not filed by Lender by the Claims Bar Date.

4. The Debtor proposes to pay Lender the amount necessary to service the student loan based upon his Income Driven Repayment Plan ("IDR") over and above the amounts that Debtor is required to pay her other unsecured creditors. The unsecured creditors are not prejudiced by this motion, as the separate classification of Lender will in fact provide all other allowed, general unsecured creditors a larger percentage of unsecured payments than they would have been entitled had this motion not been filed. Allowing the Debtor to pay the student loan promotes his fresh start as interest would accrue on this non-dischargeable loan during the plan period. This would result in a larger amount owed on the non-dischargeable claim at plan competition than what is owed now prejudicing the debtor's fresh start.

Furthermore, separate classification of the subject debt allows Debtor to make the necessary payments required for completion of the loan repayment period in order to qualify for loan forgiveness.

**WHEREFORE** the Debtor respectfully requests that this Court enter an Order Granting Debtor's Motion to Separately Classify Student Loan Payments and requests such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, Navient Solutions, LLC, Attn.: Jack Remondi (Dir./Pres./CEO), 123 Justison Street, Wilmington, DE 19801; Navient Solutions, LLC, Attn.: Jack Remondi (Dir./Pres./CEO), 2001 Edmund Halley Drive, Reston, VA 20191-3436; Corporation Service Company as Registered Agent for Navient Solutions, LLC, 1201 Hays Street, Tallahassee, FL 32301; U.S. Department of Education c/o Civil Process Clerk at the Office of the U.S. Attorney: 99 SE 4th Street, Miami, FL 33132; Attorney General's Office c/o Benjamin Greenberg (US Attorney): 99 SE 4th Street, Miami, FL 33132; U.S. Department of Education c/o Betsy DeVos (Sec. Of U.S. Department of Education): 400 Maryland Avenue, SW, Washington, D.C. 20202; U.S. Department of Education c/o Steven Menashi (General Counsel): 400 Maryland Avenue, SW, Washington, D.C. 20202; FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106-9184; FedLoan Servicing a/k/a Pennsyilvania Higher Education Assistance Agency, Inc., Attn.: James H. Steeley (CEO), 1200 N. 7th Street, HQ4NE3, Harrisburg, PA 17102; CT Corporation System as Registered Agent of Pennsylvania Higher Education Assistance Agency, Inc., 1200 S. Pine Island Road, Plantation, FL 33324; and **all creditors** listed on attached Creditors Matrix via U.S. Mail this 25th day of March, 2020.

/s/ Colin V. Lloyd  
HOSKINS & TURCO, P.L.  
By: Colin V. Lloyd, Esquire  
Florida Bar No.:0165182  
By: Justin A. Lefko, Esquire  
Florida Bar No.: 101123  
302 South Second Street  
Fort Pierce, FL 34950  
(772) 464-4600  
(772) 465-4747  fax

```
Label Matrix for local noticing      Atlas Acquisitions,LLC              Amex/Bankruptcy
113C-9                                Atlas Acquisitions LLC              Correspondence/Bankruptcy
Case 19-26209-EPK                     294 Union St.                       Po Box 981540
Southern District of Florida          Hackensack, NJ 07601-4303           El Paso, TX 79998-1540
West Palm Beach
Wed Mar 25 15:33:48 EDT 2020

Amy Wilcox                            Atlas Acquisitions LLC              Bank of America
4413 NW Oak Branch Court              on behalf of UHG I LLC              4909 Savarese Circle
Jensen Beach, FL 34957-3436           294 Union St.                       Fl1-908-01-50
                                      Hackensack, NJ 07601-4303           Tampa, FL 33634-2413


Barclays Bank Delaware                CREDIT FIRST NA                     (p)JPMORGAN CHASE BANK  N A
Attn: Correspondence                  PO BOX 818011                       BANKRUPTCY MAIL INTAKE TEAM
Po Box 8801                           CLEVELAND, OH 44181-8011            700 KANSAS LANE FLOOR 01
Wilmington, DE 19899-8801                                                 MONROE LA 71203-4774


Citibank North America                Citibank/The Home Depot             Credit First National Association
Citibank SD MC 425                    Attn: Recovery/Centralized Bankruptcy  Attn: Bankruptcy
5800 South Corp Place                 Po Box 790034                       Po Box 81315
Sioux Falls, SD 57108                 St Louis, MO 63179-0034             Cleveland, OH 44181-0315


Credit Union Loan Source              Department Stores National Bank     Deptartment Store National Bank/Macy's
Attn: Bankruptcy                      c/o Quantum3 Group LLC              Attn: Bankruptcy
Po Box 105388                         PO Box 657                          9111 Duke Boulevard
Atlanta, GA 30348-5388                Kirkland, WA  98083-0657            Mason, OH 45040-8999


(p)DISCOVER FINANCIAL SERVICES LLC    FedLoan Servicing                   Federal National Mortgage Assoc
PO BOX 3025                           Attn: Bankruptcy                    3900 Wisconsin Ave NW
NEW ALBANY OH 43054-3025              Po Box 69184                        Washington, DC 20016-2806
                                      Harrisburg, PA 17106-9184


Internal Revenue Service              JPMorgan Chase Bank, N.A.           LVNV Funding, LLC
ATTN: Bankruptcy Department           s/b/m/t Chase Bank USA, N.A.        Resurgent Capital Services
POB 7346                              c/o Robertson, Anschutz & Schneid, P.L.  PO Box 10587
Philadelphia, PA 19101-7346           6409 Congress Avenue, Suite 100     Greenville, SC 29603-0587
                                      Boca Raton, FL 33487-2853


LVNV Funding/Resurgent Capital        LendingClub                         Navient
Attn: Bankruptcy                      Attn: Bankruptcy                    Attn: Bankruptcy
Po Box 10497                          595 Market St, Ste 200              Po Box 9640
Greenville, SC 29603-0497             San Francisco, CA 94105-2807        Wilkes-Barre, PA 18773-9640


Office of the US Trustee              OneMain Financial                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
51 S.W. 1st Ave.                      Attn: Bankruptcy                    PO BOX 41067
Suite 1204                            Po Box 3251                         NORFOLK VA 23541-1067
Miami, FL 33130-1614                  Evansville, IN 47731-3251


Synchrony/City Furniture              U.S. Department of Education        World Omni Financial Corp
Attn: Bankruptcy                      Ecmc/Bankruptcy                     Attn: Bankruptcy
Po Box 965004                         Po Box 16408                        Po Box 991817
Orlando, FL 32896-5004                Saint Paul, MN 55116-0408           Mobile, AL 36691-8817
```

| | | |
|---|---|---|
| Benjamin Wilcox<br>2057 SE Avon Park Drive<br>Port Saint Lucie, FL 34952-7798 | Colin V Lloyd<br>302 So 2 St<br>Ft. Pierce, FL 34950-1559 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | (d)JP Morgan Chase Bank, N.A.<br>ATTN: Bankruptcy Department<br>1111 Polaris Parkway<br>Columbus, OH 43240 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)World Omni Financial Corp.<br>Attn: Bankruptcy<br>Po Box 991817<br>Mobile, AL 36691-8817 | End of Label Matrix<br>Mailable recipients    32<br>Bypassed recipients     2<br>Total                  34 |